■ In the Matter of Howard R. Relin, as District Attorney of Monroe County, Petitioner, v Andrew G. Celli, as Monroe County Court Judge, et al., Respondents.—Application unanimously denied and petition dismissed, without costs *(see, People v Shinkle,* 51 NY2d 417). (Article 78.) Present—Callahan, J. P., Doerr, Boomer, Green and Pine, JJ.